IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORP., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 10-6087 |
| v. | : | |
| ALLSCRIPTS HEALTHCARE, LLC and A-S MEDICATION SOLUTIONS, LLC, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 29th day of July, 2011, upon consideration of Defendant Allscripts Healthcare, LLC's Motion to Dismiss (Dkt. No. 3), and Plaintiff AmerisourceBergen Drug Corporation's Opposition thereto (Dkt. No. 4), it is hereby ORDERED that:

1. The Motion is DENIED as to Counts II and II;

2. The Motion is GRANTED as to Count III; and

2. Count III of Plaintiff's Complaint is DISMISSED.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,    J.